UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00149-JAD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT DILLON, | |
| Defendant. | |

Before the Court is Defendant Robert Dillon's Motion to Compel United States Marshal to Transport Detainee to Physician for Medical Treatment. ECF No. 52. Also before the Court is Defendant's Motion for Leave to File Exhibits Under Seal. ECF No. 53. In the Response to Defendant's Motion to Compel (ECF No. 55), the Government does not object to Defendant's request, but instead states the reason underlying Defendant's Motion is his decision to refuse treatment at the Southern Nevada Detention Center. *Id*. at 2. The Government also states that once transportation to appointments for conditions such as those suffered by Defendant have resumed, the Marshals Service will transport Defendant to outside medical care. *Id*. In Reply, Defendant states that his condition is emergent and that an order requesting immediate transport or, alternatively, a timeline to ensure timely transport occurs should be entered by the Court. ECF No. 56.

After reviewing all the information before the Court, not the least of which is the agreement that outside medical care is appropriate for Defendant, IT IS HEREBY ORDERED that Defendant's Motion to Compel (ECF No. 52) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Defendant shall be transported for outside medical care as soon as it is reasonably possible for the U.S. Marshal Service to do so.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall provide a status report to the Court, no later than 10 calendar days from the date of this Order, which provides the following information:

1     • Whether the doctor to whom Defendant has been referred is seeing patients; and,

2     • When Defendant is scheduled for an appointment.

3     IT IS FURTHER ORDERED that if no appointment is scheduled and/or there is no date certain by which the U.S. Marshals Service believes it can transport Defendant, the status report must advise the Court why no appointment or transportation date has been set and the date by which either or both events are likely to occur.

    IT IS FURTHER ORDERED that Defendant's Motion to Seal (ECF No. 53) is GRANTED.

    Dated this 29th day of June, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE