1  CHRISTOPHER R. ORAM, ESQ
   Nevada Bar No. 004349
2  520 South Fourth Street, Second Floor
   Las Vegas, Nevada 89101
3  (702) 384-5563
   contact@christopheroramlaw.com
4  Attorney for Melvin Dillon

5              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
6
                        * * * * *
7
   UNITED STATES OF AMERICA,          CASE NO. 2:19-cr-00149-JAD-EJY
8
              Plaintiff,
9
   vs.                                **STIPULATION TO CONTINUE**
10                                     **PRETRIAL MOTIONS**
   MELVIN DILLON and ROBERT DILLON     **(Fifth Request)**
11
12            Defendants.

13         IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich,

14  United States Attorney, by and through Kimberly Sokolich, Assistant United States Attorney,

15  counsel for the United States, Defendant, Melvin Dillon, by and through his attorney,

16  Christopher R. Oram, Esq., and Defendant, Robert Dillon, by and through his attorney, Richard

17  A. Wright, Esq., that the deadline to file pre-trial motions will be extended 60 days until January

18  4, 2021.

19         This is the fifth request for a continuance of the Pretrial Motions date.

20
           Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following
21  reasons:
22
           1. Counsel for Melvin Dillon was recently appointed as new CJA counsel on August 19,
23
    2020. Both counsel for Robert and Melvin Dillon require additional time to effectively review
24
    discovery and investigate pretrial motion practice and trial defenses. Additionally, neither
25
    counsel for Robert Dillon or Melvin Dillon have been able to conduct in-person visitation to go
26
    over discovery and the potential of filing pretrial motions.
27
28                                        1

2. Both Robert Dillon and Melvin Dillon are currently detained at the Nevada Southern Detention Center and agree to the continuance of the pretrial motions deadline.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Pretrial Motion Deadline.

/s/ Kimberly Sokolich          10/28/2020
KIMBERLY SOKOLICH, ESQ.     DATE
Assistant United States Attorney


CHRISTOPHER R. ORAM, ESQ.
/s/ Christopher R. Oram          10/28/2020
CHRISTOPHER R. ORAM, ESQ.     DATE
Counsel for Defendant Melvin Dillon


RICHARD A. WRIGHT, ESQ.
/s/ Richard A. Wright          10/28/2020
RICHARD A. WRIGHT, ESQ.     DATE
Counsel for Defendant Robert Dillon

### FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1.  The parties have stipulated to continue the deadline for pretrial motions.

2.  This Court, being convinced that adequate showing has been made that additional time is necessary to file any pretrial motions, based on the following:

A. Counsel for Melvin Dillon was recently appointed as new CJA counsel on August 19, 2020. Both counsel for Robert and Melvin Dillon require additional time to effectively review discovery and investigate pretrial motion practice and trial defenses. Additionally, neither counsel for Robert or Melvin Dillon have been able to conduct in-person visitation to go over discovery and the potential for filing pretrial motions.

2

B. Denial of this request for continuance could result in a miscarriage of justice.

C. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Pretrial Motion Deadline.

## ORDER

IT IS ORDERED, that all pre-trial Motions will be due no later than January 4, 2021.

DATED this 4th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE

CHRISTOPHER R. ORAM, LTD.
520 SOUTH 4TH STREET | SECOND FLOOR
LAS VEGAS, NEVADA 89101
TEL. 702.384.5563 | FAX. 702.974-0623