Richard A. Wright, Esq.
Nevada Bar No. 886
Sunethra Muralidhara, Esq.
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com

Attorneys for Defendant Robert Dillon

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Robert Dillon,<br><br>      Defendant. | Case No.  2:19-cr-00149-JAD-EJY-2<br><br>Unopposed Motion for Preparation of<br><br>Pre-Plea Investigation Report[1] |

### Memorandum of Points and Authorities

Mr. Dillon, by and through his attorneys, Richard A. Wright, Esq. and Sunethra Muralidhara, Esq., of Wright Marsh & Levy hereby move this Court for an order directing the United States Probation Office to prepare a Pre-Plea Investigation Report to determine whether Mr. Dillon is a career offender and his applicable criminal history.[2]

/ / /

---

[1] This motion is timely filed.  No deadlines are applicable.

[2] Defense counsel met and conferred with the government as to this filing.  The government does not oppose this filing.

Mr. Dillon was charged by way of a multi-count indictment on June 12, 2019. At his arraignment and plea, he pled not guilty to (1) count one, conspiracy to distribute a controlled substance (Fentanyl) under 21 U.S.C.§§ 846, 841(a)(1), and (b)(1)(B)(vi); (2) count four, distribution of a controlled substance (Fentanyl) under 21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(vi); and (3) count six, felon in possession of a firearm under 18 U.S.C. § 922(g)(1) and 924(a)(2). ECF 24; 29. Counts one and two carry a five-year mandatory minimum sentence and 40-year maximum sentence.

The parties are in the process of attempting to negotiate this case. The parties believe they will be able to resolve this case short of trial. Based on the parties review of Mr. Dillon's criminal history, there is concern that Mr. Dillon may be considered a career offender. If Mr. Dillon is considered a career offender, his projected guideline range is much higher than anticipated.

Mr. Dillon does have known criminal history, although the defense does believe his criminal history does not amount to a category VI. Determining whether Mr. Dillon is a career offender will determine his criminal history level because regardless of his prior offense criminal history calculation, if he is a career offender, his criminal history will automatically be determined at a level VI.

On December 27, 2019, co-defendant Melvin Dillon filed an unopposed motion for preparation of a Pre-Plea Investigation Report. ECF 42. Mr. Melvin Dillon had similar concerns regarding his possible status as a career offender. On January 3, 2020, the Court granted Mr. Melvin Dillon's request. ECF 43.

/ / /

To satisfy Mr. Dillon's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as to whether to accept or reject the government's potential plea offer, he has requested that a Pre-Plea Presentence Investigation Report be completed to determine if his prior convictions will trigger the career offender designation under the United States Sentencing Guidelines §§ 4B1.1 and 4B1.2. This request is also made in an effort to promote judicial economy.

DATED April 18, 2021.

Wright Marsh & Levy

By: */s/ Richard A. Wright*
Richard A. Wright
Sunethra Muralidhara
Attorneys for Mr. Robert Dillon

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a Pre-Plea Presentence Investigation Report with respect to Defendant Robert Dillon's criminal history points and corresponding criminal history.

Dated: April 19, 2021:

United States Magistrate Judge

3