UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DILLON,<br><br>Defendant. | Case No. 2:19-cr-00149-JAD-EJY<br><br>**ORDER** |
|---|---|

Pending before the Court is Defendant's Renewed Motion to Compel United States Marshal to Transport Detainee to Physician for Medical Treatment. ECF No. 99. Following receipt of Defendant's Motion, the Court ordered status reports regarding the medical appointment sought by Defendant. On Friday, April 16, 2021, the Court received notice that a medical appointment has been set and Defendant will be transported to the appropriate healthcare provider for treatment.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Compel United States Marshal to Transport Detainee to Physician for Medical Treatment (ECF No. 99) is GRANTED.

Dated this 19th day of April, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE