CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

*Attorney for Melvin Dillon*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> MELVIN DILLON, and ROBERT DILLON, <br> Defendants. | CASE NO: 2:19-cr-00149-JAD-EJY <br><br> **STIPULATION TO EXTEND PRETRIAL MOTION DEADLINE** <br><br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED by MELVIN DILLON, by and through his attorney, CHRISTOPHER R. ORAM, ESQ., ROBERT DILLON, by and through his attorney, RICHARD A. WRIGHT, ESQ., and the United States of America, by and through KIMBERLY SOKOLICH, ESQ., Assistant United States Attorney, that the pretrial motion deadline, currently scheduled for January 7, 2021, be extended for a period of fourteen (14) days, until January 21, 2022.

The request for a continuance is based upon the following:

1. Defense Counsel for Melvin Dillon has tested positive for COVID-19 and requests this extension to allow him to recover before finalizing any plans regarding pretrial motions.

2. The parties agree to the continuance.

3. Defendant Melvin Dillon is in custody, and he does not oppose the requested continuance.

1

4. Defendant Robert Dillon is in custody, and he does not oppose the requested continuance.

5. The additional time requested herein will not affect the currently scheduled trial date. The additional time requested by this stipulation is excludable in computing the time within which a trial must commence pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(D) and 3161(h)(7)(A), and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice and would deny Defense Counsel for Melvin Dillon sufficient time to prepare and submit any pretrial motions effectively, taking into account the exercise of due diligence.

DATED: January 10, 2022

Respectfully submitted,

*/s/ Christopher R. Oram*
Christopher R. Oram, Esq.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Attorney for Melvin Dillon

*/s/ Kimberly Sokolich*
Kimberly Sokolich, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Attorney for the United States of America

*/s/ Richard A. Wright*
Richard A. Wright, Esq.
300 S. Fourth Street, Suite 701
Las Vegas, Nevada 89101
Attorney for Robert Dillon

CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

*Attorney for Melvin Dillon*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> MELVIN DILLON, and ROBERT DILLON, <br><br>     Defendants. | CASE NO: 2:19-cr-00149-JAD-EJY <br><br> **ORDER** <br><br> (First Request) |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel for Melvin Dillon has tested positive for COVID-19 and requests this extension to allow him to recover before finalizing any plans regarding pretrial motions.

2. The parties agree to the continuance.

3. Defendant Melvin Dillon is in custody, and he does not oppose the requested continuance.

4. Defendant Robert Dillon is in custody, and he does not oppose the requested continuance.

5. The additional time requested herein will not affect the currently scheduled trial date. The additional time requested by this stipulation is excludable in computing the time within which a trial must commence pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(D) and 3161(h)(7)(A), and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice and would deny Defense Counsel for Melvin Dillon sufficient time to prepare and submit any pretrial motions effectively, taking into account the exercise of due diligence.

## **CONCLUSION OF LAW**

This Court has the authority to grant the parties' stipulation pursuant to Federal Rule of Criminal Procedure 45, which states that when an act must be done within a specified period, the Court may extend the time based on a party's motion made before the originally prescribed time expires. Fed. R. Crim. P. 45(b)(1)(B).

## **ORDER**

IT IS THEREFORE ORDERED that the pretrial motion deadline currently scheduled for January 7, 2022, be extended to the 21st day of January, 2022.

DATED AND DONE this 10th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE