UNITED STATES DISTRICT COURT

THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   Plaintiff, )<br>   )<br>   vs. )<br>   )<br>ROBERT DILLON, )<br>   )<br>   Defendant. )<br>_____ ) | CASE NO. 2:19-CR-00149-JAD-EJY<br><br>ORDER<br><br>ECF No. 127 |

Based on the Stipulation of the parties, the Change of Plea Hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the Change of Plea Hearing in the above-captioned matter currently scheduled for June 6, 2022, at 2:30 p.m., be vacated and continued to July 11, 2022, at 11:00 a.m.

DATED: May 20, 2022

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE