# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:19-CR-00149-JAD-EJY |
| Plaintiff, | ) | |
| vs. | ) | ECF No. 141 |
| ROBERT DILLON, | ) | |
| Defendant. | ) | |

Based on the Stipulation of the parties and for good cause appearing, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for October 17, 2022, at 11:00 a.m., be vacated and continued to January 23, 2023, at 3:00 p.m.

DATED: September 8, 2022.

_____
JENNIFER A. DORSEY
United States District Judge